UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD RAMOS, et al.,<br>Plaintiff,<br>v.<br>FUNDING RUSH, INC., et al.,<br>Defendant. | No. 1:23-cv-01016-KES-HBK<br><br>ORDER REGARDING SETTLEMENT AGREEMENT AND DISSOLUTION OF PRELIMINARY INJUNCTION |

On October 29, 2026, a settlement agreement, Doc. 143, was filed by plaintiffs Trinidad Ramos, Diana Ramos, and Eric Ramos, and defendants and counterclaimants Richard Barnes, Katherine Heftman, and Silicon Private Capital, LLC.

Upon the Parties' stipulation and good cause appearing, the Court ORDERS:

1. The Court hereby accepts and approves said settlement agreement as filed.
2. The preliminary injunction order pursuant to Doc. 57, dated August 15, 2023, is hereby dissolved in its entirety.
3. The preliminary injunction order is dissolved without any admission or adjudication on the merits.
4. Plaintiffs Trinidad Ramos, Diana Ramos, and Eric Ramos's claims against Lenders Richard Barnes, Katherine Heftman, and Silicon Private Capital, LLC, and defendant Bethany Dioli, are dismissed with prejudice.

5. Lenders Richard Barnes, Katherine Heftman, and Silicon Private Capital, LLC's claims against plaintiffs, Trinidad Ramos, Diana Ramos, and Eric Ramos are dismissed with prejudice.
6. The Clerk of the Court is directed to terminate the motion to dismiss, Doc. 138, as moot.

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE